# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NICOLAS O. D.,

    Plaintiff,

    v.

MARTIN O'MALLEY,
Commissioner of Social Security,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

NO. 2:23-CV-09464-WLH-KS

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, Court has reviewed the Complaint, all the records and files herein, the parties' briefing, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections. The Court, having reviewed *de novo* the portions of the Report and Recommendation to which Objections were directed, concurs with and accepts the findings and conclusions of the Magistrate Judge. Therefore, IT IS ORDERED that: (1) the decision of the Commissioner of Social Security is AFFIRMED; and (2) Judgment shall be entered dismissing this action with prejudice. The Clerk shall serve copies of this Order and the Judgment herein on the parties.

**IT IS SO ORDERED.**

DATED: September 24, 2024

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE